## The State *v.* Durham.

APPEAL from the Circuit Court of Madison.
Tried before the Hon. OSCEOLA KYLE.

MASSEY WILSON, Attorney-General, and COOPER & FOS-
TER, for the State.

KING & BANKHEAD, for appellee.

The appellee, Jesse Durham, being imprisoned in the
county jail of Madison county under an indictment for
murder in the first degree, filed a petition in this cause
for a writ of *habeas corpus,* and applied for bail during
the regular term of the circuit court of Madison county,
the petition being addressed to the judge of the circuit
court. After hearing the facts in the case the judge ad-
mitted the petitioner to bail, and from the judgment in
this behalf, the State prosecutes the present appeal.

The judgment admitting the petitioner to bail is re-
versed, and a judgment is here rendered denying the bail
to the defendant and dismissing the petition.

Opinion PER CURIAM.